UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

Plaintiff,

vs.

APPROXIMATELY $9,854,646.81 SEIZED FROM WELLS FARGO ADVISORS ACCOUNT NUMBER 3700-8508 IN THE NAME OF KRONOS ENTERPRISES CORP.;

APPROXIMATELY $6,968,670.01 SEIZED FROM WELLS FARGO ADVISORS ACCOUNT NUMBER 8950-0365 SEIZED IN THE NAME OF KRONOS ENTERPRISES CORP.;

APPROXIMATELY $14,691,851.79 SEIZED FROM WELLS FARGO ADVISORS ACCOUNT NUMBER 4850-9732 IN THE NAME OF KRONOS ENTERPRISES CORP.;

APPROXIMATELY $7,791,854.82 SEIZED FROM WELLS FARGO ADVISORS ACCOUNT NUMBER 7103-8027 IN THE NAME OF LEO JOSE D'AMATO;

APPROXIMATELY $34,280.03 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 89807164081 IN THE NAME OF NATALINO D'AMATO;

APPROXIMATELY $746,950.98 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 898095788895 IN THE NAME OF LEO JOSE D'AMATO; and

APPROXIMATELY $5,897,975.66 SEIZED FROM TIGRESS FINANCIAL PARTNERS ACCOUNT NUMBER P82-004055,

Defendants *in rem*.

_____/

**WARRANT OF ARREST IN REM**

TO:   HOMELAND SECURITY INVESTIGATIONS OR ANY OTHER AUTHORIZED
        FEDERAL LAW ENFORCEMENT OFFICER

1

**WHEREAS**, on October 30, 2020 the United States of America filed a Verified Complaint for Forfeiture in Rem ("Complaint") against the above-captioned defendant property ("Defendant Property"); and

**WHEREAS**, according to said Complaint, the Defendant Property is in the Government's possession, custody or control; and

**WHEREAS**, Supplemental Rule G(3)(B)(i) provides that "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody or control."

**NOW THEREFORE**, you are hereby commanded to take the Defendant Property into your possession for safe custody.   If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession or his agent.

**YOU ARE FURTHER** commanded to cite and admonish the owner and/or possessor of the Defendant Property and any person or firm known to claim any interest therein, to file, **no later than 35 days from the date notice was sent**, a verified claim in accordance with Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims; to therewith or within twenty (20) days thereafter file an answer or other responsive pleading to the Complaint, a copy of which Complaint you shall supply with this Warrant; to file the Claim and Answer or other responsive pleading with the **Clerk of the Court**, United States District Court, 400 North Miami Avenue, Florida 33128 and to send a copy of said claim, answer, or responsive pleading, to **Adrienne Rosen**, **Assistant United States Attorney** 99 N.E. 4th Street, 7th Floor, Miami, Florida 33132; the claim must identify the specific property claimed, identify the claimant and state the claimant's

2

interest in the property and be signed by the claimant under penalty of perjury, and that upon the failure of the owner, possessor or any party claiming an interest in the Defendant Property to comply with Supplemental Rule G, the Defendant Property may be forfeited to the United States by default and without further notice or hearing.

**AND YOU ARE FURTHER** commanded to make due and prompt return of this Warrant to this Court upon its execution.

ANGELA E. NOBLE, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DATED: _____          By: _____
DEPUTY CLERK

cc: AUSA Adrienne Rosen (2 certified copies)