## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**vs.**

**APPROXIMATELY $9,854,646.81 SEIZED FROM WELLS FARGO ADVISORS ACCOUNT NUMBER 3700-8508 IN THE NAME OF KRONOS ENTERPRISES CORP.;**

**APPROXIMATELY $6,968,670.01 SEIZED FROM WELLS FARGO ADVISORS ACCOUNT NUMBER 8950-0365 SEIZED IN THE NAME OF KRONOS ENTERPRISES CORP.;**

**APPROXIMATELY $14,691,851.79 SEIZED FROM WELLS FARGO ADVISORS ACCOUNT NUMBER 4850-9732 IN THE NAME OF KRONOS ENTERPRISES CORP.;**

**APPROXIMATELY $7,791,854.82 SEIZED FROM WELLS FARGO ADVISORS ACCOUNT NUMBER 7103-8027 IN THE NAME OF LEO JOSE D'AMATO;**

**APPROXIMATELY $34,280.03 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 89807164081 IN THE NAME OF NATALINO D'AMATO;**

**APPROXIMATELY $746,950.98 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 898095788895 IN THE NAME OF LEO JOSE D'AMATO; and**

**APPROXIMATELY $5,897,975.66 SEIZED FROM TIGRESS FINANCIAL PARTNERS ACCOUNT NUMBER P82-004055,**

       **Defendants *in rem*.**

_____/

### <u>CIVIL COMPLAINT COVER SHEET</u>

1.     Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   \_\_\_\_\_ Yes   <u> X </u> No

2.      Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

Respectfully submitted,

DATED: October 30, 2020                    ARIANA FAJARDO ORSHAN
                                           UNITED STATES ATTORNEY

                             By:    /s/ Adrienne E. Rosen
                                    Adrienne E. Rosen
                                    Assistant United States Attorney
                                    Court ID No. A5502297
                                    U.S. Attorney's Office
                                    99 NE 4th Street, 7th Floor
                                    Miami, Florida 33132-2111
                                    Telephone: (305) 961-9338
                                    Adrienne.Rosen@usdoj.gov

2