UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-24487-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

APPROXIMATELY $9,854,646.81 SEIZED FROM WELLS
FARGO ADVISORS ACCOUNT NUMBER 3700-8508 IN THE
NAME OF KRONOS ENTERPRISES CORP.; et al.,

    Defendants in rem,

LEO D'AMATO BUONSENNO,

    Claimant.

_____/

**NOTICE OF RELATED ACTION**

Claimant Leo D'Amato Buonsenno, files this notice of related case pursuant to Local Rule 3.8 and states that there are related cases to the instant matter: *United States of America vs. Seized Funds, Natalino D'Amato, Claimant, Leo D'Amato Buonsenno, Claimant,* Case numbers: 19-MJ-02231-AOR; 19-MJ-02232-AOR; 19-MJ-02233-AOR; 19-MJ-02234-AOR; 19-MJ-02235-AOR; 19-MJ-02236-AOR; and 19-MJ-02237-AOR. Those cases involved the seizure of the same bank accounts at issue here. There was substantial litigation (under seal) before Magistrate Judge Otazo-Reyes. In fact, Judge Otazo-Reyes ordered the Government to file the instant civil lawsuit or be required to proceed with an evidentiary hearing on a motion for return of property before her.[1]

---

[1] The Government appealed that Order to the duty district judge (Judge Martinez), but Judge Martinez denied the Government's appeal and sent it back to Judge Otazo-Reyes.

Although the case should remain here, before this District Judge, the Court may want to consider pairing the matter with Judge Otazo-Reyes for purposes of judicial economy as Judge Otazo-Reyes has handled the matter for almost two years, signed the original seizure warrants, and presided over litigation concerning the disclosure of those warrants and for return of property.

The Government does not agree that these cases are related.

WHEREFORE, we respectfully give notice of this related action so that the Court can take any action it deems appropriate.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ David Oscar Markus
DAVID OSCAR MARKUS
Florida Bar Number 119318
dmarkus@markuslaw.com

/s/ A. Margot Moss
A. MARGOT MOSS
Florida Bar Number 091870
mmoss@markuslaw.com

s/ Todd C. Yoder
TODD C. YODER
Florida Bar Number 71263
tyoder@markuslaw.com