**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CV-24487-PCH**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**APPROXIMATELY $9,854,646.81 SEIZED**
**FROM WELLS FARGO ADVISORS ACCOUNT**
**NUMBER 3700-8508 IN THE NAME OF**
**KRONOS ENTERPRISES CORP., et al.,**

    Defendants,

**LEO D'AMATO BUONSENNO,**

**Claimant.**

                                     /

## SUPPLEMENT TO NOTICE OF HEARING [ECF NO. 9]

The United States files this supplement to clarify the United States' position as to the Notice of Related Action [ECF No. 8]. The United States agrees that, in the colloquial sense, the case numbers referenced by putative claimant[1] are related to this civil forfeiture action in that the seizure warrants issued by Magistrate Judge Otazo-Reyes permitted the seizure of the funds that are the subject of this civil forfeiture complaint. However, as the undersigned communicated to counsel for putative claimant by email on November 5, 2020, the Government does "not agree that these cases are considered related for the purpose of judicial assignment – the Local Rules/IOPs concerning related matters pertain to the assignment of district court cases, not seizure warrants." Local Rule 3.8 refers to "similar actions or proceedings *then pending before another court or administrative agency*" (emphasis added).

---

[1] 19-MJ-02231-AOR; 19-MJ-02232-AOR; 19-MJ-02233-AOR; 19-MJ-02234-AOR; 19-MJ-02235-AOR; 19-MJ-02236-AOR; and 19-MJ-02237-AOR.

Natalino D'Amato, for whom no appearance has been entered in this case, filed a motion to unseal the affidavit underlying the seizure warrants, and both Natalino D'Amato and Leo D'Amato Buonsenno then filed a motion for return of property. Both of these motions were litigated under the seizure warrant case numbers, and Magistrate Judge Otazo-Reyes issued orders as to both motions. (*See* ECF Nos. 17 and 39 of the seizure warrant cases.) The seizure warrants having long ago been issued, and the motions resolved, those matters are no longer "pending."

Further, Local Rule 3.8 references Section 2.15.00 of the Court's Internal Operating Procedures, which seemingly applies only to stand-alone District Court cases, not motions in front of Magistrate Judges. The reference to the transfer of a higher-numbered case to the judge handling the lower-numbered case likely can refer only to the transfer among District Court judges, since this case could not be transferred to a Magistrate Judge.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   */s/ Adrienne E. Rosen*
Adrienne E. Rosen
Assistant United States Attorney
Court ID No. A5502297
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9338
Fax: (305) 536-4089
Adrienne.Rosen@usdoj.gov