UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   20-CV-24487-HUCK

UNITED STATES OF AMERICA

vs.

APPROXIMATELY $9,854,646.81 SEIZED FROM
WELLS FARGO ADVISORS ACCOUNT NUMBER
3700-8508 IN THE NAME OF KRONOS ENTERPRISES
CORP., et al.,

    Defendants in rem,

NATALINO D'AMATO,

    Claimant.

_____/

**VERIFIED CLAIM OF NATALINO D'AMATO
AND STATEMENT OF INTEREST**

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant NATALINO D'AMATO, through counsel, makes claim to the Defendant property, more fully described below, and contests the forfeiture. In support, Claimant Natalino D'Amato states as follows:

1. Claimant has a right to make the instant claim by virtue of his ownership interest either in whole or in part in the Defendant property, to wit:

    a. Approximately $9,854,646.81 in U.S. currency from Wells Fargo Advisors account number 2700-8508 in the name of Kronos Enterprises Corp. ("Defendant Account 1");[1]

    b. Approximately $6,968,670.01 in U.S. currency from Wells Fargo

---

[1] The Government mistakenly identified "Defendant Account 1" as 3700-8508 in the Complaint.

       Advisors account number 8950-0365 in the name of Kronos Enterprises Corp. ("Defendant Account 2");

   c. Approximately $14,691,851.79 in U.S. currency from Wells Fargo Advisors account number 4850-9732 in the name of Kronos Enterprises Corp. ("Defendant Account 3");

   d. Approximately $34,280.03 in U.S. currency from Bank of America account number 898071640481 in the name of Natalino D'Amato and Leo Jose D'Amato Buonsenno ("Defendant Account 5");

   e. Approximately $746,950.98 in U.S. currency from Bank of America account number 898095788895 in the name of Natalino D'Amato and Leo Jose D'Amato Buonsenno ("Defendant Account 6"); and

   f. Approximately $5,897,975.66 in U.S. currency from Tigress Financial Partners account number P82-004055 in the name of Natalino D'Amato and Leo Jose D Amato Buonsenno ("Defendant Account 7").

2. Natalino D'Amato holds a 50% ownership interest in Kronos Enterprises Corp.

3. Claimant would show that no probable cause existed for the seizure of the Defendant property and such property was, in fact, unlawfully seized.

4. In addition, any forfeiture would be excessive under the Eighth Amendment.

5. Claimant has an interest in the above-Defendant accounts and respectfully contests their forfeiture.

6. Claimant demands attorney's fees and costs pursuant, but not limited to, 28 U.S.C. § 2412(d)(4) and 28 U.S.C. § 2465(b).

7. Pursuant to Rule G(9) of the Supplemental Rules of Admiralty or Maritime Claims and Forfeiture Actions and Rule 38 of the Federal Rules of Civil Procedure, Claimant hereby demands a trial by jury.

## VERIFICATION

I, NATALINO D'AMATO, verify that I have read the foregoing Claim, and declare under the penalty of perjury that the allegations contained herein are true and correct.

Executed this ___14___ day of November, 2020.

By: _____
Natalino D'Amato
Claimant

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ David Oscar Markus
      DAVID OSCAR MARKUS
      Florida Bar Number 119318
      dmarkus@markuslaw.com

      /s/ A. Margot Moss
      A. MARGOT MOSS
      Florida Bar Number 091870
      mmoss@markuslaw.com